U.S.

v.

Timothy M. LIEBIG

No. 17-0539/AF

U.S. Court of Appeals for
the Armed Forces.

August 4, 2017

CCA S32444

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

John M. PEELER

No. 17-0541/NA

U.S. Court of Appeals for
the Armed Forces.

August 4, 2017

CCA 8601781

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Rigo J. BETANCOURT

No. 17-0540/MC

U.S. Court of Appeals for
the Armed Forces.

August 4, 2017

CCA 201500400

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Damon ALLENDER

No. 17-0542/AR

U.S. Court of Appeals for
the Armed Forces.

August 4, 2017

CCA 20160291

DAILY JOURNAL

Petitions for Grant of Review Filed

